```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 13-23013-Civ-GAYLES
                         MAGISTRATE JUDGE P.A. WHITE
PLEADRO J. SCOTT,

      Plaintiff,

vs.                                       REPORT OF
                                       MAGISTRATE JUDGE
MIAMI DADE DEPT. OF CORR.,            RE: MOTION TO DISMISS
et. al.,                                     (DE#48)

      Defendants.
_____/
```

This Cause is presently before the Court upon Defendants, Lieutenant C. Weston and Corporal Gomez's motion to dismiss plaintiff's amended complaint (DE#29). (DE#48).

The case has been previously referred to the Undersigned for the issuance of all preliminary orders and any recommendations to the District Court regarding dispositive motions. See 28 U.S.C. §636(b)(1)(B), (C); Fed.R.Civ.P. 72(b), S.D.Fla. Local Rule 1(f) governing Magistrate Judges, and S.D. Fla. Admin. Order 2003-19.

Briefly, the procedural history of this proceeding reveals that plaintiff filed a *pro se* civil rights complaint, pursuant to 42 U.S.C. §1983, arising from his commitment at Metro West Detention Center. (DE#1). The plaintiff was permitted to proceed without prepayment of the filing fee. (DE#6). Thereafter, the complaint was screened and a Report was entered recommending that the action proceed solely against Officers West and Jefferson on the claim of endangerment. (DE#7). By Order entered on January 1, 2014, the Report was adopted by the District Court. (DE#8).

Plaintiff subsequently filed a motion to amend his complaint, which this Court granted. (DEs#18,19,23,24). An amended complaint was filed on July 1, 2014. (DE#29). Following screening thereof, a Report was entered recommending the claim of endangerment should proceed against Sgt. H. Jefferson, Lt. C. Weston, Cpl. R. Gomez and Ofc. Jane Doe. (DE#33). Therein, the Court recommended dismissal of plaintiff's claim of assault and battery against his fellow inmate. (Id.). Over plaintiff's objections, the Report was adopted on August 26, 2014. (DE#35).

The summonses were returned executed as to Defendants Weston and Gomez, but unexecuted as to Jefferson and Jane Doe.[1]

Defendants Weston and Gomez have now filed a motion to dismiss arguing plaintiff's amended complaint fails to state a claim. (DE#48:2). Alternatively, defendants argue they are entitled to qualified immunity. (Id.).

Despite the pending motion to dismiss, plaintiff filed a motion for leave to file a second amended complaint, with an attached proposed complaint. (DE#63). This Court, on January 15, 2015, issued a paperless order granting plaintiff the leave requested. (DE#64). Accordingly, the second amended complaint is pending before this Court for screening. (See DE#65).

Based on this Court's order granting plaintiff's motion for leave to amend his complaint, it is recommended the motion to dismiss filed by Defendants Weston and Gomez be denied without prejudice.

---

[1] As of the writing of this Report, new summonses have been issued as to Jefferson and Jane Doe. The execution of these summonses is currently pending. (See DEs#61,62).

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report. Failure to file timely objections shall bar plaintiff from a *de novo* determination by the district judge of an issue covered in this report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district judge except upon grounds of plain error or manifest injustice. See 28 U.S.C. §636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790,794 (1989); LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Signed this 18th day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Pleadro J. Scott, Pro Se
     DOC# 198737
     Mayo Correctional Institution
     Inmate Mail/Parcels
     8784 US Highway 27 West
     Mayo, FL 32066

     Michael Beny Valdes
     Miami-Dade County Attorney's Office
     111 NW 1st Street
     Suite 2810
     Miami, FL 33128