**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 13-CIV-23013-GAYLES

PLEADRO J. SCOTT,

    Plaintiff,

v.

LT. C. WESTON AND CPL. R. GOMEZ,

    Defendants.
_____/

Pursuant to Federal Rules of Civil Procedure 54 and 58, and in accordance with the verdict rendered by the jury on October 1, 2021, judgment is entered in favor of the Defendants, Constantina Weston and Rolando Gomez, and against Plaintiff, Pleadro Scott.

**DONE AND ORDERED** in Chambers at Miami, Florida, this Tuesday, October 05, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE