

PAGE 1 OF 5

# U.S. DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Pleadro J. Scott
    PLAINTIFF
  v.
Miami Dade County,
R. Gomez, C. Weston,
H. Jefferson, Jane Doe
    DEFENDANTS

Case No: 1:13CV23013-DPG



FILED BY _____ D.C.
DEC 07 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PLAINTIFF AMENDED NOTICE OF APPEAL FROM FINAL JUDGMENT AND JURY TRIAL

1. Plaintiff hereby serves this notice of appeal in the above style cause and that this appeal is being taken to the U.S. Court of Appeals Eleventh Circuit

2. Plaintiff previously requested for an extension of time to file notice of appeal DE 491 which was granted by the District Court DE 498 and forward to the U.S. Court of Appeals Eleventh Circuit as a "Notice of Appeal" and provided appeals case number 21-13869-C

## ISSUES TO BE PRESENTED ON APPEAL ARE

3. Whether the District Court errored in dismissing Miami Dade County for failure to state a claim DE 65 DE 162, DE 175, DE 179, DE 225

4. Whether the District Court errored in dismissing



DE 65 AGAINST SGT. H. JEFFERSON FOR FAILURE TO STATE A CLAIM DE 65; DE 84; DE 127; DE 139

5. Whether the district court order dismissing defendant Jane Doe was in error DE 225; DE 206; DE 216; DE 221

6. Whether the courts instruction taken as a whole and viewed in the light of the evidence and applicable law, fairly and adequately submitted the issues in the case to the jury

7. Whether no reasonable jury could have reached the same verdict based on the evidence submitted DE 481 and trial transcripts

8. Whether the district court order refraining plaintiff from testifying about a conversation between him and defedant Jane Doe "about not being listed as keep separate" was in error

9. Whether the jury verdict form viewed in the light of the evidence and applicable law, fairly and adequately allowed the jury to render a fair verdict

10. Whether the district court errored in excluding plaintiff inmate grievance and response by Lt. Gayle that contained hearsay from Sgt. Johnson asserting that


THE PLAINTIFF AND INMATE DEAN WAS NOT LISTED AS KEEP SEPARATE ON THE DAY OF THE INCIDENT." WAS IN ERROR

11. WHETHER THE DISTRICT COURT ORDER DENYING PLAINTIFF MOTION FOR A NEW TRIAL WAS IN ERROR

12. WHETHER THE DISTRICT COURT ERROR IN GRANTING PRO BONO COUNSEL COST FOR EXSPENCES WITHOUT GIVEN THE PLAINTIFF AN OPPORTUNITY TO BE HEARD

13. THE DEFENDANTS HAVE A MOTION FOR COST PENDENG IT IS UNCLEAR OF THE DISPOSITION THUS PLAINTIFF WOULD LIKE TO PRESERVE THE ISSUE FOR APPELLANT REVIEW

14. PLAINTIFF WAS PREVIOUSELY GRANTED LEAVE TO PROCEED IN THE DISTRICT COURT IN FORMA PAUPERIS SEE OF 6 A PARTY WHO WAS PERMITTED TO PROCEED IN FORMA PAUPERIS IN THE DISTRICT COURT ACTION, MAY PROCEED ON APPEAL IN FORMA PAUPERIS WITHOUT FURTHER AUTHORIZATION FED. R. APP. R. 24(A)(3) THUS THE PLAINTIFF HAS SOUGHT THE CLERK TO EXERCISE IT'S DUTIES PURSUANT TO 28 U.S.C § 753(F) AND FORWARD THE RECORD ON APPEAL. THE FILING FEE'S ARE AVAILABLE IN PLAINTIFF INMATE ACCOUNT FOR WHICH HE IS DILIGENTLY SEEKING TO HAVE CORRECTIONAL STAFF FORWARD TO THE COURT BUT FOR TECHNICAL DIFFICULTIES

15. RESPECTFULLY SUBMITTED ON THIS 1 DAY OF DECEMBER 2021

PLEADRO J. SCOTT DC# 198737
MARTIN CORRECTIONAL INSTITUTION
1150 SW ALLAPATTAH ROAD
INDIANTOWN, FL 34956

# CERTIFICATE OF SERVICE

16. I PLEADRO J. SCOTT HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS FOREGOING DOCUMENT ENTITLED " PLAINTIFF AMENDED NOTICE OF APPEAL FROM FINAL JUDGMENT AND JURY TRIAL." WAS PLACED IN THE FLORIDA DEPARTMENT OF CORRECTIONS, MARTIN CORRECTIONAL INSTITUTION LEGAL MAIL SYSTEM FOR MAILING TO THE OFFICE OF DEFENSE COUNSEL AT 111 NW 1ST STREET, MIAMI, FL 33128 AND THE CLERK OF COURTS AT 400 NORTH MIAMI AVE, MIAMI FL 33128 PURSUANT TO THE PRISON MAIL BOX RULE ON THIS 1 DAY OF DECEMBER 2021 AND PURSUANT TO FED. R. APP. P. 26(c)

RESPECTFULLY SUBMITTED

PLEADRO J. SCOTT DC# 198737
MARTIN CORRECTIONAL INSTITUTION
1150 SW ALLAPATTAH ROAD
INDIANTOWN, FL 34956

DEC 07 2021
12:46 PM

USMS
INSPECTED RECEIVED

Clemens D Soell D#195737
Martin Correctional Institution
1150 SW Allapattah Road
Indiantown, FL 34956

Legal Mail

Clerk of Courts
400 North Miami Ave
Miami, FL 33128

33128-771699

WEST PALM BCH FL 334
2 DEC 2021 PM
02 1P
0000931723
MAILED FROM ZIP CODE 34956
$ 000.53⁰
UNITED STATES POSTAGE
PITNEY BOWES